IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**QUILTON MCGEE**                                                             **PLAINTIFF**

**V.**                                                  **NO. 3:22-CV-215-DMB-RP**

**FELDER SERVICES, LLC; and
LAFAYETTE LTC, INC dba
Oxford Health and Rehabilitation
Center**                                                      **DEFENDANTS**

## ORDER

On December 18, 2023, the parties, pursuant to Rule 41(a)(ii), "stipulate[d] to the dismissal of the claim filed by [Quilton] McGee against Felder [Services, LLC], without prejudice" because "McGee's claim against Felder has been compromised and settled." Doc. #101 at 1. Based on the stipulation, Felder's motion for summary judgment [74] and motion in limine [91] are **DENIED without prejudice**.[1]

**SO ORDERED**, this 4th day of January, 2024.

                                                                  **/s/Debra M. Brown**
                                                                   **UNITED STATES DISTRICT JUDGE**

---

[1] Because Lafayette LTC, Inc. joined Felder's November 27 motion to bifurcate the day it was filed and Lafayette is still a party in this case, the motion to bifurcate will be addressed separately. *See* Docs. #89, #93. And because McGee's November 4 motion for extension concerns his response to both Lafayette and Felder's motion for summary judgment and McGee's November 27 motion in limine appears to be directed to both Lafayette and Felder, McGee's motion for extension and motion in limine will be addressed separately too. *See* Docs. #84, #94.