**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**QUILTON MCGEE**                                                                                 **PLAINTIFF**

**V.**                                                      **NO. 3:22-CV-215-DMB-RP**

**FELDER SERVICES, LLC; and
LAFAYETTE LTC, INC dba Oxford
Health and Rehabilitation Center**                                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order issued this day, this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 5th day of January, 2024.

                                                              **/s/Debra M. Brown
                                                             UNITED STATES DISTRICT JUDGE**